# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **DAVID SMYTHE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | 2:10-cv-251-GZS |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed June 28, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                               /s/ George Z. Singal
                                               United States District Judge

Dated this 21st day of July, 2011.